# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2857
_____

James E. Clifford

*Plaintiff - Appellant*

v.

Carla Walker, Property Manager; Yarco Company, Inc.; St. Michael Housing
Partners Investors I, L.P.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: February 20, 2024
Filed: February 23, 2024
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON, Circuit Juges.
_____

PER CURIAM.

Missouri resident James Clifford appeals following the district court's[1] adverse grant of summary judgment on his federal housing discrimination and retaliation claims. On appeal, he refers to claims that were omitted from the operative complaint or voluntarily dismissed, and he challenges the summary judgment decision.

After careful review, we conclude the claims omitted from the operative complaint were abandoned, see In re Atlas Van Lines, Inc., 209 F.3d 1064, 1067 (8th Cir. 2000) (amended complaint supersedes original complaint); and Clifford may not seek review of the claims he voluntarily dismissed, see Bowers v. St. Louis Sw. Ry. Co., 668 F.3d 369, 369 (8th Cir. 1981) (per curiam) (plaintiff generally may not appeal from order granting voluntarily dismissal). We further conclude the adverse grant of summary judgment was proper for the reasons explained by the district court. See Gallagher v. Magner, 619 F.3d 823, 830 (8th Cir. 2010) (de novo review of grant of summary judgment, viewing evidence in light most favorable to non-movant).

Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Clifford's motion to supplement the record.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.